**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brian STEPP, Defendant–Appellant.**

**No. 00–7767.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

Brian Stepp, pro se.

Michael Lee Keller, Office of the United States Attorney, Charleston, WV, for appellee.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Brian Stepp seeks to appeal an order of the magistrate judge denying his request for a copy of the transcript of his criminal proceedings. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*